AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 6-21-07 |
| NAME OF SERVER *(PRINT)* Michael Crudele | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 124 Grand St Newburgh NY Enlarged City School District of Newburgh — Mary Lou Bolsford Clerk of the Board of Education

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-21-07
    Date

Signature of Server: Michael Crudele

Address of Server: 66 Hickory Dr, Campbell Hall NY 10916

J. MICHAEL McMAHON

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Southern _____ District of _____ New York _____

ERTHA AUGUSTIN

V.

ENLARGED CITY SCHOOL DISTRICT OF
NEWBURGH, DR. ANNETTE SATURNELLI, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV. 5709**

**JUDGE CONNER**

TO: (Name and address of Defendant)

ENLARGED CITY SCHOOL DISTRICT OF NEWBURGH, DR. ANNETTE
SATURNELLI and JOAN GOUDY-CROSSON, 124 Grand Street,
Newburgh, New York, 12550

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SUSSMAN & WATKINS
P.O. Box 1005
Goshen, New York 10924
(845) 294-3991

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                JUN 1 5 2007

CLERK                                                          DATE

(By) DEPUTY CLERK