UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

---

EARTHA AUGUSTIN,

          Plaintiff,

-vs-

ENLARGED CITY SCHOOL DISTRICT OF
NEWBURGH, et. al. etc.,

          Defendants.

Civil Action No. 07 Civ 5709 (WCC)

ECF CASE

STIPULATION AND ORDER
ENLARGING TIME

---

**IT IS HEREBY STIPULATED and AGREED** by and between the attorneys representing the plaintiff and the attorneys representing the defendant in the above-captioned matter that the time for said defendant to answer or otherwise move in response to the Complaint is enlarged up to and including July 27, 2007

Acknowledged and agreed to
on July 10, 2007.

SUSSMAN & WATKINS
Attorneys for the Plaintiff

By: _____
Michael H. Sussman, Esq. (MHS 3492)
PO Box 1005
Goshen, New York 10924
845-294-3991

Acknowledged and agreed to
on June 28, 2007

SHAW, PERELSON, MAY & LAMBERT,
LLP
Attorneys for the Defendants

By: _____
Mark C. Rushfield, Esq. (MCR 0231)
40 South Roberts Road
Highland, New York 12528
845-691-8100

**SO ORDERED**

_William C. Conner_
Hon. William C. Conner, U.S.D.J
Dated: July 20, 2007

COPIES MAILED TO COUNSEL OF RECORD for AS
+ E-MAILED TO π COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____