UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EARTHA AUGUSTIN,

        Plaintiff,

-vs-

ENLARGED CITY SCHOOL DISTRICT OF NEWBURGH, et. al, etc.,

        Defendants.

Civil Action No. 07 Civ 5709 (WCC)

INITIAL DISCLOSURES BY DEFENDANTS

---

    Defendants, by their attorneys, Shaw, Perelson, May & Lambert, LLP, as and for their Initial Disclosures pursuant to Fed. R. Civ. P. 26 (a) (1) hereby provide the following information in the order provided by Rule 26 (a) (1):

    A. Individuals likely to have discoverable information concerning or establishing the lawful non-discriminatory basis for the actions of the defendants of which the plaintiff complains[1]:

        1.    Plaintiff

        2.    Joan Goudy-Crosson

        3.    Dr. Annette Saturnelli

        4.    Dr. Roberto Calderin, NWS Principal

        5.    Lois Childer, Teacher and Mentor

        6.    Maritza Ramos, NWA Asst. Principal

        7.    Margaret Burpee, Director of Humanities

        8.    Sonia Miranda, Parent

---

[1] Where no address is provided, unless "address currently unknown" is stated, except for the plaintiff, the address is care of the defendant School District.

9. W. John Knight, former Asst. Superintendent for Human Resources

10. Mary Ellen Leimer, Asst. Superintendent for Human Resources

11. Essence Fox, Student

12. Patricia A. Tomkins, CBP secretary

13. Phillip Cordello, NTA Pres.

14. Mrs. Angela Sartori, NTA delegate, New Windsor School

15. David Owens, CBP security monitor

16. Yvette Norat, School Social Worker

17. Herbert Lamb, Heritage Jr H. S. Teacher

18. Patricia O'Connor, Deputy Supt.

19. Nancy Colon, HOHMS Principal

20. Anthony Grice, long term substitute teacher for plaintiff

21. Guy Delisfort, school psychologist

22. Mrs. Scott, Parent

23. Mrs. D. Bannan, NWS Assistant Principal

24. Heidi Tannenbaum, Teaching Ass't

25. Toie Calhoun, Teacher Aide

26. Dr, Michele R. Winchester-Vega
    339 Blooming Grove Tpk
    New Windsor, NY 12553

27. Mary Lou Botsford, Clerk of the Board

28. Oneika Ellis, Teacher

29. Rafael Perez,, School Counselor

**The defendants reserve their right to supplement this list.**

B. Documents, etc. in possession of defendants that defendants may use to support their claims or defenses.

1. Documents in plaintiff's personnel file.

2. Documents in files maintained by defendant school district's Human Resources department on the plaintiff.

3. Documents in files maintained by the principals under whom the plaintiff served during her employment by the defendant school district.

4. Records concerning tenure granted to other personnel who were from the Carribean.

5. Deposition testimony taken of plaintiff Augustin in Simpson v. Newburgh ECSD .

6. Deposition testimony taken of Oneika Ellis in Simpson v. Newburgh ECSD .

**The defendants reserve their right to supplement this list.**

C. Any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of the judgment, etc.

See attached.

Dated: November 6, 2007
Highland, New York

Shaw, Perelson, May & \Lambert, LLP
Attorneys for Defendants

By:_____/s_____
Mark C. Rushfield, Esq. (MCR 0231)
Of Counsel
40 South Roberts Road
Highland, NY 12528
845/691-8100