**MEMO ENDORSED**

# SUSSMAN & WATKINS
*- Attorneys at Law -*

MICHAEL H. SUSSMAN  
CHRISTOPHER D. WATKINS

40 PARK PLACE, P.O. BOX 1005  
GOSHEN, NEW YORK 10924

(845) 294-3991  
Fax: (845) 294-1623  
sussman1@frontiernet.net

LEGAL ASSISTANTS  
GEORGE FIGUEROA  
VIRGINIA ESPOSITO

**ORIGINAL**

VIA FACSIMILE (914-390-4170)

May 12, 2008

Hon. William C. Conner  
United States District Court  
Southern District of New York  
300 Quarropas Street  
White Plains, New York 10601

    Re:   <u>Augustin v. Newburgh ECSD, et al.</u>;  
          07 Civ. 5709 (WCC)   ECF CASE

Dear Judge Conner:

    We represent plaintiff in this case. After conferring with defendants' counsel, I write to respectfully request an extension of the discovery cutoff from May 16 to July 7, 2008. This time is needed to complete plaintiff's deposition and defendant depositions, as well as any outstanding paper discovery. If granted, we respectfully request that the pre-trial conference currently scheduled for May 16, 2008 be adjourned until after the July 1, 2008. Thank you.

                                 Respectfully submitted,

                                 Christopher D. Watkins

cc: Mark C. Rushfield, Esq. (via fax @ 845-486-4298)

---

*Request granted. Pre-trial conference set for 7/11/08 at 11:15 Am. So Ordered 5/14/08*

*William C. Conner*  
*Sr. U.S.D.J.*

E-  
COPIES MAILED TO COUNSEL OF RECORD

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE FILED:

# SUSSMAN & WATKINS
40 PARK PLACE
PO BOX 1005
GOSHEN, NY 10924
Phone (845) 294-3991
Fax (845) 294-1623
Email sussman1@frontiernet.net
Chris_sussman1@frontiernet.net

## FAX COVER SHEET

This message is intended only for the use of the below named recipients. It may concern information that is privileged, confidential and exempt from disclosure. If you have received this message by mistake or error, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you are not the intended recipient, please notify us immediately by telephone and return the original message to us by mail. Thank you.

DATE: 5/12/08

NUMBER OF PAGES: 2 (including cover sheet)

TRANSMITTED TO:

Name: Hon. William C. Conner    Fax #: (914) 390-4170
Name: Mark C. Rushfield, ESQ    Fax #: 486-4298
Name: ___    Fax #: ___
Name: ___    Fax #: ___

A copy of this document
___ WILL    X WILL NOT be sent via mail.

NOTES: